**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| BILLY JOE SANDERS, INDIVIDUALLY, AND IN HIS CAPACITY AS TRUSTEE FOR KEYSTONE TRUST AND KEYSTONE TRUST, | : No. 340 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court |
| Petitioners | : |
| v. | : |
| WESTMORELAND COUNTY TAX CLAIM BUREAU AND KELLY A. ROWE, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 7th day of January, 2015, the Petition for Allowance of Appeal is

**DENIED**.